No. 82–1256. LYNCH, MAYOR OF PAWTUCKET, ET AL. v. DONNELLY ET AL., 465 U. S. 668;

No. 82–5857. APONTE v. UNITED STATES, 465 U. S. 1099;

No. 83–888. JACOB v. UNITED STATES, *ante*, p. 903;

No. 83–956. BERRYMAN v. UNITED STATES, 465 U. S. 1100;

No. 83–1120. SCARSELLETTI v. AETNA CASUALTY & SURETY Co., 465 U. S. 1029;

No. 83–1160. MCAULIFFE ET AL. v. PENTHOUSE INTERNATIONAL LTD., 465 U. S. 1108;

No. 83–1419. AVERY v. UNITED STATES, *ante*, p. 905;

No. 83–5736. SCOTT v. UNITED STATES, *ante*, p. 906;

No. 83–5998. MALLY v. NEW YORK UNIVERSITY ET AL., 465 U. S. 1035;

No. 83–6121. NELSON v. WILLIE, WARDEN, ET AL., 465 U. S. 1105;

No. 83–6228. ROCHE v. MAGGIO, WARDEN, *ante*, p. 907;

No. 83–6311. APONTE v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, *ante*, p. 930;

No. 83–6331. MINOR v. VETERANS ADMINISTRATION ET AL., *ante*, p. 930; and

No. 83–6372. DI SILVESTRO v. UNITED STATES, *ante*, p. 931. Petitions for rehearing denied.

No. 82–914. MONSANTO CO. v. SPRAY-RITE SERVICE CORP., 465 U. S. 752. Petition for rehearing denied. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 83–851. SOUTH STREET SEAPORT MUSEUM, AS OWNER OF THE BARK PEKING v. MCCARTHY ET AL., 465 U. S. 1078. Petition for rehearing denied. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 83–1200. NATIONAL ASSOCIATION OF RECYCLING INDUSTRIES, INC., ET AL. v. AMERICAN MAIL LINE, LTD., ET AL., 465 U. S. 1109. Petition for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.